Cecelia M. KITTO, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 00–3307.

United States Court of Appeals, Federal Circuit.

April 5, 2001.

Before CLEVENGER, Circuit Judge, FRIEDMAN Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. See Fed. Cir. R.36

TIKAL DISTRIBUTING CORP., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 00–1342.

United States Court of Appeals, Federal Circuit.

April 5, 2001.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. See Fed. Cir. R.36